## L. B. HART v. STATE.

No. A.-3622.   Opinion Filed May 12, 1921.
Rehearing Denied Sept. 12, 1921.
(200 Pac. 551.)

Appeal from County Court, Kay County; H. S. Burke, Judge.

L. B. Hart was convicted of violating the prohibitory laws of this state, and he appeals.    Affirmed.

J. E. Burns, for plaintiff in error.

S. P. Freeling, Atty. Gen., and W. C. Hall and E. L. Fulton, Asst. Attys. Gen., for the State.

PER CURIAM.    L. B. Hart, plaintiff in error, was, on the 19th day of May, 1919, in the county court of Kay county, convicted of having had in his possession on February 9, 1917, certain intoxicating liquor, with the unlawful intent of disposing thereof, and his punishment was fixed at 120 days in jail and a fine of $100.

To reverse this judgment and sentence, he appeals.

The points urged in this case are fully covered by the questions just decided by this court in the case of Lappy v. State, 19 Okla. Cr. 434, 200 Pac. 550; and for the reasons there stated, applicable to this case, the judgment below is affirmed.